EDWARD J. MANKOSKI *vs.* EUGENE GABIANELLI.

Third Judicial District.

Submitted on briefs October 25th—decided November 1st, 1922.

ACTION to recover damages for injuries to the plaintiff's automobile, alleged to have been caused by the

(829)

negligence of the defendant, brought to and tried by the Court of Common Pleas in New Haven County, *Booth, J.;* facts found and judgment rendered for the plaintiff for $235, and appeal by the defendant.   *No error.*

*Carleton E. Hoadley, Philip Pond* and *Raymond E. Baldwin,* for the appellant (defendant).

*Lewis L. Field,* for the appellee (plaintiff).

PER CURIAM.  The errors assigned, that the plaintiff failed to establish the allegations of the complaint by a preponderance of the evidence, and that the court assessed the damages improperly, do not arise unless the finding be corrected substantially as claimed by defendant.   The evidence relating to these claimed errors, and to all material matters contained in the motion to correct, was conflicting, and in no material finding made, nor in the refusal to find as set forth in the motion to correct, do we find that the trial court erred.

There is no error.